**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

| | |
|---|---|
| STATE FARM FIRE AND<br>CASUALTY COMPANY | PLAINTIFF |
| v.          NO. 2:14CV00112 JLH | |
| CURTIS STOREY, individually;<br>CURTIS STOREY, d/b/a STOREY FARMS;<br>STOREY FARMS; and NATHAN GEORGE | DEFENDANTS |

**ORDER**

Nathan George commenced an action against Curtis Storey in the Circuit Court of Izard County, Arkansas, alleging breach of contract, fraud, and promissory estoppel. State Farm in this action seeks a declaratory judgment stating that it owes no defense and has no obligation to provide coverage to Curtis Storey, individually, Curtis Storey, d/b/a Storey Farms, and Storey Farms. State Farm has filed a motion for summary judgment pointing to the insuring clause and other relevant provisions of the policy in question which show that it provides no coverage for the kinds of claims asserted by George against Storey. Storey has filed a response stating that he has elected not to file a reply and takes no position. George has not filed a response. The motion for summary judgment appears to be well taken and is therefore GRANTED. Document #10.

IT IS SO ORDERED this 26th day of March, 2015.

*J. Leon Holmes*
_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE