**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

| | |
|---|---|
| STATE FARM FIRE AND<br>CASUALTY COMPANY | PLAINTIFF |
| v.   NO. 2:14CV00112 JLH | |
| CURTIS STOREY, individually;<br>CURTIS STOREY, d/b/a STOREY FARMS;<br>STOREY FARMS; and NATHAN GEORGE | DEFENDANTS |

## JUDGMENT

Pursuant to the Order entered separately today, it is hereby declared that State Farm Fire and Casualty Company has no obligation to defend nor to provide coverage for Curtis Storey, individually, Curtis Storey, d/b/a Storey Farms, and Storey Farms on the claims brought by Nathan George against Curtis Storey in the Circuit Court of Izard County, Arkansas, Docket No. CV-2013-111-4.

IT IS SO ORDERED this 26th day of March, 2015.

*J. Leon Holmes*
_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE